IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL NO. 14-340 |
| v. | : | |
| SANDRA LAWSON | : | |

**ORDER**

AND NOW, this 25th day of April, 2016, upon consideration of the Government's Motion to Dismiss the Information as a result of the death of Sandra Lawson, it is hereby ORDERED that the Information is DISMISSED.

BY THE COURT:

HONORABLE WENDY BEETLESTONE
*Judge, United States District Court*